UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KENNEDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAUSALITO,<br><br>　　　　Defendant. | Case No. 22-cv-00902-JD<br><br>**SUA SPONTE REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Plaintiff has identified *Sausalito/Marin County Chapter of the California Homeless Union et al v. City of Sausalito et al*, Case No. 3:21-cv-01143-EMC, as a related case. Dkt. No. 2 ¶ 10. The Court refers the case to Judge Chen for a determination on whether the cases should be related.

**IT IS SO ORDERED.**

Dated: February 15, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge