UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAUSALITO, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-01810-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Edward M. Chen for consideration of whether the case is related to 21-cv-01143-EMC.

**IT IS SO ORDERED.**

Dated: March 29, 2022



WILLIAM H. ORRICK
United States District Judge