UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR BRUCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STACIE GREGORY, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-01995-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On March 29, 2022, Plaintiff filed this action, along with a motion to proceed *in forma pauperis* and motion for temporary restraining order. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to the Honorable Edward M. Chen to determine whether it is related to *Sausalito/Marin County Chapter of the California Homeless Union v. City of Sausalito*, 21-cv-01143-EMC.

**IT IS SO ORDERED.**

Dated: March 30, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Donna M. Ryu
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge