UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ELVENA MOFFIT,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SAUSALITO, et al.,<br><br>  Defendants. | Case No. 22-cv-02098-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Edward M. Chen for consideration of whether the case is related to *Sausalito/Marin County Chapter of the California Homeless Union et al. v. City of Sausalito et al.*, No. 3:21-cv-01143-EMC.

**IT IS SO ORDERED.**

Dated: April 4, 2022

HAYWOOD S. GILLIAM, JR.
United States District Judge