UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCGANN,<br>         Plaintiff,<br>v.<br>CITY OF SAUSALITO, et al.,<br>         Defendants. | Case No. 22-cv-02042-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Sausalito/Marin County Chapter of the California v. City of Sausalito,* 21-cv-01143-EMC.

**IT IS SO ORDERED.**

Dated: April 12, 2022

THOMAS S. HIXSON
United States Magistrate Judge