United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JACOB CHASE,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN ROHRBACHER, et al.,<br><br>    Defendants. | Case No. 22-cv-02421-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On April 19, 2022, Plaintiff filed this action, along with a motion to proceed *in forma pauperis* and motion for temporary restraining order. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to the Honorable Edward M. Chen to determine whether it is related to *Sausalito/Marin County Chapter of the California Homeless Union v. City of Sausalito*, No. 21-cv-01143-EMC.

**IT IS SO ORDERED.**

Dated: April 19, 2022

_____
Donna M. Ryu
United States Magistrate Judge