UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN TUTTLE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRIS ZAPATA, et al.,<br><br>　　　　　Defendants. | Case No. 4:22-cv-02441-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Sausalito/Marin County Chapter of the California Homeless Union et al v. City of Sausalito, et al.*, 3:21-cv-01143-EMC.

　　　　IT IS SO ORDERED.

Dated: April 20, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge