UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SPEARY,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAUSALITO, et al.,<br><br>    Defendants. | Case No. 22-cv-02727-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On May 6, 2022, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Edward M. Chen to determine whether it is related to *Sausalito/Marin County Chapter of the California Homeless Union v. City of Sausalito*, 21-cv-01143-EMC.

**IT IS SO ORDERED.**

Dated: May 6, 2022

                                    Donna M. Ryu<br>                                  United States Magistrate Judge