SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
ALEXANDER L. MERRITT, Cal. Bar No. 277864
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947
afriedman@sheppardmullin.com
amerritt@sheppardmullin.com

Attorneys for Defendants
CITY OF SAUSALITO, JILL JAMES HOFFMAN, JOHN ROHRBACHER, MARCIA RAINES, KENT BASSO

LAW OFFICES OF ANTHONY D. PRINCE
ANTHONY D. PRINCE, Cal Bar. No. 202892
General Counsel, California Homeless Union/Statewide Organizing Council
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Telephone: 510-301-1472

Attorney for Plaintiffs

(Additional Counsel Continued on Next Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUSALITO/MARIN COUNTY CHAPTER OF THE CALIFORNIA HOMELESS UNION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SAUSALITO, et al.<br><br>    Defendants. | Case Number: 3:21-cv-01143-<br><br>**JOINT STATUS REPORT**<br><br>**Judge:** Hon. Judge Edward M. Chen<br>**Dept.:** Courtroom 5 – 17th Floor<br>**Date:** August 2, 2022<br>**Time:** 2:30 p.m. |

1  Additional Counsel:

2  ARTHUR GAUS, Cal Bar No. 289560
   KAUFMAN, DOLOWICH, & VOLUCK, LLP
3  425 California Street, Suite 2100
   San Francisco, CA 94104
4  Telephone: 415-523-4992
   Email: agaus@kdvlaw.com
5
   Attorneys for Defendants in All Related Pro Se Cases
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants City of Sausalito et al. ("City") and Sausalito/Marin County Chapter of the California Homeless Union et al. ("Plaintiffs") (jointly "Parties") submit this status report as directed by the Court. (Dkt. No. 147.)

**Status of Case**

The Parties have continued to attend settlement conferences before Judge Illman and in the time since the last status conference on June 21, 2022, the Parties have made progress towards settlement of the case. The Parties will provide an update at the August 2 status conference.

Dated: July 26, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   */s/Alexander L. Merritt*
ALEXANDER L. MERRITT
ARTHUR J. FRIEDMAN

Attorneys for Defendants
CITY OF SAUSALITO, JILL JAMES HOFFMAN, JOHN ROHRBACHER, MARCIA RAINES, KENT BASSO

Dated: July 26, 2022

LAW OFFICES OF ANTHONY D. PRINCE

By   */s/ Anthony D. Prince*
ANTHONY D. PRINCE

Attorney for Plaintiff

## PROOF OF SERVICE

**Sausalito/Marin County Chapter Of The California Homeless Union et al. v. City Of Sausalito et al.**
**CASE NO. 3:21-cv-01143-LB**

### STATE OF TEXAS, COUNTY OF DALLAS

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Dallas, State of Texas. My business address is 2200 Ross Avenue. 20th Floor, Dallas, Texas 75201.

On July 26, 2022, I served true copies of the following document(s) described as **JOINT STATUS REPORT** on the interested parties in this action as follows:

| | |
|---|---|
| Anthony David Prince<br>Law Offices of Anthony D. Prince<br>2425 Prince Street, #100<br>Berkeley, CA 94705<br>510-845-5475<br>princelawoffices@yahoo.com | Attorney for Plaintiff:<br><br>*California Homeless Union/Sausalito Chapter* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 26, 2022, at Dallas. Texas

_/s/Belinda J. Jolivet_
Belinda J. Jolivet