**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBYN KELLY,** | Case No.: 4:22-CV-04671-YGR |
| **Plaintiff,** | **ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| vs. | |
| **CITY OF SAUSALITO,** *et al.*, | |
| **Defendants.** | |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Edward M. Chen to consider whether it is related to *Sausalito/Marin County Chapter of the California Homeless Union v. City of Sausalito*, No. 3:21-cv-01143-EMC. The plaintiff Robyn Kelly, proceeding pro se, is seeking to challenge the closure of an encampment at Marinship Park that is being executed in accordance with a settlement.

**IT IS SO ORDERED.**

Date: August 15, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Honorable Edward M. Chen