UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE POWELSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SAUSALITO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 3:23-cv-01360-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Edward M. Chen to determine whether it is related to *Sausalito/Marin County Chapter of the California Homeless Union v. City of Sausalito*, No. 21-cv-01143-EMC, or *Powelson v. City of Sausalito*, No. 22-cv-01809-EMC. Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: March 28, 2023

JAMES DONATO
United States District Judge